IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 4:21CR 307 |
| MARCOS MEJIA-MEJIA<br>a.k.a. Marcos Mejia | § § § | Judge Jordan |

FILED
NOV 10 2021
Clerk, U.S. District Court
Texas Eastern

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 8 U.S.C. § 1326(a) and (b) (Reentry of Deported Alien)

On or about July 20, 2020, in the Eastern District of Texas, the defendant, **Marcos Mejia-Mejia, a.k.a. Marcos Mejia,** an alien who previously had been denied admission, excluded, deported, and removed on or about November 29, 2010, knowingly was found in the United States. The defendant did not obtain consent for reapplication for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor, pursuant to 6 U.S.C. §§ 202(3), 202(4) and 557.

All in violation of 8 U.S.C. § 1326(a) and (b).

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
Acting United States Attorney

WILLIAM R. TATUM
Assistant United States Attorney

Indictment/Notice of Penalty - Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:21CR |
| | § | Judge |
| MARCOS MEJIA-MEJIA | § | |
| a.k.a. Marcos Mejia | § | |

## NOTICE OF PENALTY

Violation:   8 U.S.C. §1326(a) and (b)

Penalty:   Not more than two years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than one year;

If removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony other than an aggravated felony - not more than 10 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years;

If removal was subsequent to a conviction for commission of an aggravated felony - not more than 20 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years.

Special Assessment: $100.00